IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MICHEALE DODSON, ADMINISTRATOR<br>OF THE ESTATE OF PEGGY R. JOHNSON-COPELAND,<br>DECEASED; WILLIAM C. JOHNSON; DAVIS DAVID,<br>AN INCOMPETENT, BY AND THROUGH HIS<br>NEXT FRIEND AND GUARDIAN, MICHEALE DODSON;<br>HOSANNA COPELAND, A MINOR, THROUGH AND<br>BY HIS NEXT FRIEND AND GUARDIAN, MICHEALE<br>DODSON; ZACHARIAH COPELAND, A MINOR, BY AND<br>THROUGH HIS NEXT FRIEND AND GUARDIAN,<br>MICHEALE DODSON | PLAINTIFFS |

V.                    4:03CV00594

| | |
|---|---|
| BRIDGESTONE/FIRESTONE NORTH AMERICAN<br>TIRE, LLC, d/b/a FIRESTONE TIRE & RUBBER<br>COMPANY; GOLD COAST TIRE CO., INC.,<br>RUDY'S GOLD COAST TIRE, INC.,<br>JOHN DOE I, II, III, IV AND V | DEFENDANTS |

**ORDER**

Pending is Defendant, Gold Coast Tire Co., Inc.'s motion for partial summary judgment. (Docket # 44). The Court has been advised that the parties have reached a settlement in this matter. Accordingly, Defendant's motion is denied without prejudice to renew in the event the settlement fails.

IT IS SO ORDERED this 3rd day of August, 2005.

_____
James M. Moody
United States District Judge